### IN THE UNITED STATES DISTRICT COURT
### FOR DISTRICT OF DELAWARE

---

PATRICIA MERWIN,                                   CASE NO. 1:17-cv-00687-VAC-SRF

      Plaintiff,

  vs.

SYNCHRONY BANK; TRANS UNION,
LLC; and EQUIFAX INFORMATION
SERVICES, LLC;

      Defendants.

---

### JOINT NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND
### TRANS UNION, LLC

---

**PLEASE TAKE NOTICE** that all matters herein have been compromised and settled as between Plaintiff, Patricia Merwin ("Plaintiff") and Defendant, Trans Union, LLC ("Trans Union") only.   Accordingly, Trans Union does not intend to participate in the Proposed Scheduling Order due September 1, 2017 or the Rule 16 Conference scheduled for September 7, 2017, unless directed to do so by the Court.   Plaintiff and Trans Union anticipate filing a Stipulation of Dismissal with Prejudice and Proposed Order shortly, once the settlement is consummated.

 

**GARBIAN LAW OFFICES**

*/s/ Atranig N. Garibian* (with consent)
Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone:  215-326-9179
Email: ag@garibianlaw.com
*Counsel for Plaintiff, Patricia Merwin*

DATED:  September 1, 2017

**COOCH AND TAYLOR, P.A.**

*/s/ Blake A. Bennett*

Blake A. Bennett  (#5133)
The Brandywine Building
1000 West Street, 10th Floor
Wilmington, DE 19801
302-984-3889
Email: bbennett@coochtaylor.com
*Counsel for Defendant Trans Union, LLC*

DATED:  September 1, 2017

**OF COUNSEL**
Christopher A. Ferguson
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
Email: cferguson@schuckitlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **1st day of September, 2017**.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Antranig N. Garibian, Esquire<br>ag@garibianlaw.com | Benjamin P. Chapple, Esquire<br>bchapple@reedsmith.com |
| Karen M. Grivner, Esquire<br>kgrivner@clarkhill.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **1st day of September, 2017**, properly addressed as follows:

| | |
|---|---|
| None. | |

*/s/Blake A. Bennett*
Blake A. Bennett (#5133)