## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

PATRICIA MERWIN.,

                              Plaintiff,          Case No.:1:17-cv-00687-VAC-SRF


          – against–


SYNCHRONY BANK, TRANSUNION,
LLC AND EQUIFAX INFORMATION
SERVICES, LLC,

                              Defendant(s).

### STIPULATION OF DISMISSAL

        IT IS HEREBY STIPULATED AND AGREED, pursuant to FRCP 41(a)(1)(A)(ii) that

the above captioned action is dismissed, with prejudice as to all with the parties to bear their own

fees and costs.

| **GARIBIAN LAW OFFICES, P.C.** | **COOCH AND TAYLOR, P.A.** |
|---|---|
| */s/ Antranig Garibian*_____ | */s/ Blake A. Bennett*_____ |
| Antranig Garibian, Esq. (#4962) | Blake A. Bennett, Esq. (#5133) |
| 1010 North Bancroft Parkway, Suite 22 | The Brandywine Building |
| Wilmington, DE 19805 | 1000 West Street, 10th Floor |
| Telephone: (302) 722-6885 | Wilmington, DE  19801 |
| Email: ag@garibianlaw.com | Telephone: (302) 984-3800 |
| *Attorney for Plaintiff Patricia Merwin* | Email: bbennett@coochtaylor.com |
| | *Attorneys for Defendant Trans Union, LLC* |
| **Reed Smith LLP** | **Clark Hill PLC** |
| */s/ Benjamin P. Chapple*_____ | */s/ Karen M. Grivner*_____ |
| Benjamin P. Chapple | Karen M. Grivner |
| 1201 Market Street | 824 N. Market Street, Suite 710 |
| Suite 1500 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | 302-250-4750 |
| 302-573-3503 | Fax: 302-421-9439 |
| Email: bchapple@reedsmith.com | Email: kgrivner@clarkhill.com |
| *Attorney for Synchrony Bank* | *Attorney for Equifax Information Services LLC* |